UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
LOREN DAWSON,                                                 :     **ORDER DISMISSING CASE**
                                                              :
                                        Plaintiff,            :     22 Civ. 6406 (AKH)
                                                              :
            -against-                                         :
                                                              :
CITY OF NEW YORK, *et al.*,                                   :
                                                              :
                                        Defendants.           :
                                                              :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Pursuant to my Order of June 10, 2024, ECF No. 34, since Plaintiff did not file an amended complaint by June 18, 2024, I dismiss this action with prejudice.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:      February 5, 2025
            New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

1