UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOREN DAWSON,

                Plaintiff,

-against-                    22 **CIVIL** 6406 (AKH)

**JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 5, 2025, the Court dismisses this action with prejudice for failure to file amended complaint.

**Dated:** New York, New York

      February 6, 2025

                                            **TAMMI M. HELLWIG**
                                                  Clerk of Court

                    **BY:**
                                            **Deputy Clerk**